UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

HELEN SWARTZ,

                Plaintiff,

    -against-

741 EIGHTH AVENUE OWNERS, LLC,
*a New York Limited Liability Company*,

                Defendant.

------------------------------------------------------------- x

ORDER

18 Civ. 533 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised by the parties that they have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

The conference previously scheduled for July 11, 2018, is adjourned *sine die*.

Dated: July 9, 2018
       New York, New York

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2018