UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



HELEN SWARTZ, Individually,

    Plaintiff,

vs.

741 EIGHTH AVENUE OWNERS, LLC,
a New York Limited Liability Company,

    Defendant.

Case No.: 1:18-cv-00533-GBD

## STIPULATION FOR DISMISSAL WITH PREJUDICE, ITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

FOR THE PLAINTIFF:

_____
Lawrence A. Fuller, Esq. (LF5450)
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199

FOR THE DEFENDANT:

_____
David Wrobel, Esq.,
wrobel@wmlawny.com
Steven I. Fox, Esq. (SF 1842)
fox@wmlawny.com
Wrobel Markham LLP
360 Lexington Avenue - Suite 1502
New York, NY 10017
Telephone: (212) 421-8100

Dated: July     2018

SO ORDERED: JUL 1 8 2018

_____
GEORGE B. DANIELS
United States District Judge